## People of the State of Illinois, Defendant in Error, v. John Williams, Alias John Cooper, Plaintiff in Error.

Gen. No. 41,595.

opinion filed April 14, 1941; rehearing denied April 28, 1941. Ellis & Westbrooks and Joseph J. Attwell, Jr., for plaintiff in error; Richard E. Westbrooks, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''